UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JASON WATERS,

                         Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
STEVE RICHARDS, shield #2946,

                         Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

08 CV 03927(RJD)(RLM)

------------------------------------------------------------------x

        **WHEREAS,** plaintiff commenced this action on September 25, 2008, by filing a complaint alleging, *inter alia*, violations of his civil rights pursuant to 42 USC § 1983; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2.    Defendant City of New York hereby agrees to pay plaintiff **JASON WATERS** a sum of **SEVENTEEN THOUSAND DOLLARS ($17,000),** to be paid in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In

consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the City of New York, Police Officer Steve Richards and to release all defendants and any present and former employees or agents of the City of New York, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendant's attorney all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit Of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Case 1:08-cv-03927-RJD-RLM   Document 9   Filed 02/13/2009   Page 3 of 3

Dated:   New York, New York
         February 10, 2009

Cardinale + Mcinelli
RICHARD CARDINALE
26 Court Street
Suite 1815
Brooklyn, New York 11242
(718) 624-9391


By: _____
    Richard Cardinale

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-221
New York, New York 10007
(212) 788-1096
ssud@law.nyc.gov

By: _____
    Sumit Sud
    Assistant Corporation Counsel


SO ORDERED:


s/ Judge Raymond J. Dearie
_____
HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE
2/17/09

3